IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **ELDRIDGE HARRIS, #131005** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:10cv177** |
| **TEXARKANA, TEXAS, POLICE DEPT., ET AL.** | § | |

## ORDER OF ADMINISTRATIVE CLOSING

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline Craven. The Report and Recommendation (docket entry #11) of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the civil rights lawsuit is administratively closed. The Plaintiff may ask the Court to place the case back on the active docket if and when the criminal charges are resolved in his favor. All motions not previously ruled on are **DENIED**, subject to reconsideration if the case is returned to the active docket. It is further

**ORDERED** that the Clerk shall return unfiled any motions submitted by the Plaintiff, except for a motion to place the case back on the active docket, while the lawsuit is administratively closed.

**SIGNED this 7th day of January, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE